UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH SCHMIDT, )
)
    Petitioner, )
)
v. ) Case No. CV411-004
)
WARDEN BARRY GOODRICH and )
THE ATTORNEY GENERAL OF )
THE STATE OF GEORGIA, )
)
    Respondents. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 22 day of Feb., 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA